C. David Cottingham, Standing Chapter 13 Trustee
Northern District of Alabama
Western Division
P.O. Drawer 020588
Tuscaloosa, AL 35402
(205) 758-8595

TO EMPLOYER TO CEASE REMITTING

TO:     FOREST MANOR NURSING HOME
           2215 32ND STREET
           ATTN: PAYROLL DEPT
           NORTHPORT, AL 35476-

Date:    06/15/2009

Chapter 13 Case Number:   09-70541-CMS13

Debtor:   OLYMPIA ELLIS

Debtor's Social Security Number:   ###-##-2174

Gentlemen:

Please cease making deductions from the wages of the above captioned debtor unless subsequently Directed to do so.

Thank you for your cooperation.

                                          Very truly yours,

                                          /s/ C. David Cottingham
                                          C. David Cottingham
                                          Standing Chapter 13 Trustee

CDC/rgt

cc:     OLYMPIA ELLIS
        Employer
        Attorney:  MARSHALL ENTELISANO
        Clerk, U.S. Bankruptcy Court